**Exhibit A to the Complaint**

**Location:** Upper Darby, PA

**Total Works Infringed:** 22

**IP Address:** 73.30.85.16

**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|------|------|------|-----|-----------|--------------------|------------|
| 1 | EC230AAC872FB7D4EA4A619E108BF6A1A3A77D3C | Blacked | 09/16/2017 00:11:27 | 03/26/2017 | 06/05/2017 | PA0002052857 |
| 2 | 01803C654FBB1DB6CA3F00CDB3615E0B0BD30FA1 | Tushy | 09/16/2017 21:08:32 | 07/30/2017 | 08/11/2017 | 15711086778 |
| 3 | 1622395FAB45AD3232279ED2EB045E13AC88C8F7 | Blacked | 10/12/2017 22:56:14 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 4 | 22DE3D0DBDC4F63D4CB286F6154F3FCCC3D7FABF | Vixen | 09/16/2017 19:51:46 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 5 | 4FF62836FC3C509617EE5DE7658EAABE045C0BA1 | Tushy | 09/16/2017 13:27:50 | 09/13/2017 | 09/25/2017 | 15894022635 |
| 6 | 6B8CEE6C31BE723DE9BC83B75BA5883943B69CAD | Vixen | 11/12/2017 02:46:08 | 11/10/2017 | 11/21/2017 | 16013343018 |
| 7 | 7FD68010B67D146FD8B30A465B7CE3E84912A882 | Vixen | 09/05/2017 21:00:36 | 05/24/2017 | 06/22/2017 | PA0002039294 |
| 8 | 9642336EA4BCA83AB7154CFDFA1091ECBFD98B7A | Blacked | 10/08/2017 16:32:05 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 9 | 9B5761C43053C4D647846D4270AD5085098C8B1A | Tushy | 09/03/2017 21:07:33 | 08/29/2017 | 09/07/2017 | 15894022439 |
| 10 | AB2C2652EC78AC4AD337CC03DF87E970DCED6443 | Blacked | 08/14/2017 03:23:36 | 06/04/2017 | 07/06/2017 | 15584691223 |
| 11 | ADB8062F604814ECBB01C5FFBD71820E25EE3E65 | Tushy | 11/14/2017 22:03:00 | 11/12/2017 | 11/21/2017 | 16013342441 |
| 12 | AFE4A17D1B77D3FBEF39198C6EF8FD470871A554 | Tushy | 09/08/2017 23:44:30 | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 13 | B378CAEB9DFA80E256C29E523B89DDF82169A9A8 | Vixen | 09/02/2017 16:02:34 | 07/08/2017 | 08/17/2017 | 15732903239 |
| 14 | B789ECCEE3E821C0279016D05F4C7C02E6A3A60F | Blacked Ra | 11/15/2017 00:26:34 | 11/13/2017 | 11/21/2017 | 16020392832 |
| 15 | C5A39ED1FD792604E2662A8ACCFA82F81B8BBFFD | Tushy | 09/16/2017 20:09:26 | 08/09/2017 | 08/17/2017 | 15732986259 |
| 16 | CC4D89C30BD65D68546BCF62ACE381585BD879EF | Blacked | 08/12/2017 19:49:28 | 04/25/2017 | 06/15/2017 | PA0002037576 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|------|------|------|-----|-----------|--------------------|------------|
| 17 | DAC92C3160BBB3A0272857E2289907433078E0B6 | Vixen | 09/17/2017 01:24:35 | 09/16/2017 | 09/25/2017 | 15894022913 |
| 18 | E1C14843DC58F3CB2CCB7383B242E4EE8D32363B | Tushy | 10/08/2017 16:02:15 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 19 | E624078D6EFCDFA76F06EA9E4048E05FF7C600C5 | Blacked | 08/23/2017 11:34:18 | 08/03/2017 | 08/17/2017 | 15732904092 |
| 20 | EB2486249DE6C26072552A5E7406D85E4BE43952 | Tushy | 09/16/2017 18:53:05 | 06/30/2017 | 07/06/2017 | 15584063421 |
| 21 | EBC75FD3F24B24A008F1CB3134B8FD15ED6A438E | Tushy | 10/30/2017 23:28:07 | 06/20/2017 | 07/06/2017 | 15584063275 |
| 22 | FD44EDB24CBD0DBFDF7E9F7D0E6A3B4451EDE702 | Vixen | 10/04/2017 22:36:51 | 09/21/2017 | 09/28/2017 | 15894022962 |